Certificate Number: 01401-PAM-DE-028265182

Bankruptcy Case Number: 16-03766


01401-PAM-DE-028265182

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 26, 2016, at 12:10 o'clock PM EDT, Albert R Wilson completed a course on personal financial management given by internet by GreenPath, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: October 26, 2016

By: /s/Jeremy_Lark

Name: Jeremy_Lark

Title: FCC Manager