```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 16-03766-MDF
Albert R. Wilson, Jr.                                               Chapter 13
        Debtor                       CERTIFICATE OF NOTICE
District/off: 0314-1          User: AGarner            Page 1 of 2          Date Rcvd: Nov 14, 2016
                              Form ID: ntcnfhrg        Total Noticed: 22
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2016.
```
db             +Albert R. Wilson, Jr.,    656 Burnthouse Road,    Carlisle, PA 17015-9123
4832544         Commercial Acceptance Co.,    2300 Gettysburg Road #102,    Camp Hill, PA 17011-7303
4832545         Commonwealth of Pennsylvania,    Office of Attorney General,    Collections Unit,
                 14th Floor, Strawberry Square,    Harrisburg, PA 14120
4832546        +Commonwealth of Pennsylvania,    Bureau of Labor and Industry,
                 Office of Unemp Comp Tax Services OUCTS,    PO Box 60848,    Harrisburg, PA 17106-0848
4832547        +Cumberland Co. Adult Probation,    1 Courthouse Square,    Carlisle, PA 17013-3323
4832548        +Cumberland County Domestic Relations,    13 North Hanover Street,    Carlisle, PA 17013-3014
4832550        +Ditech Financial LLC,    c/o Gregory Javardian, Esquire,    Law Office of Gregory Javardian, LLC,
                 1310 Indutrial Blvd., 1st Fl., Suite 101,    Southampton, PA 18966-4030
4832551         Ditech Financial LLC,    P.O. Box 44265,    Jacksonville, FL 32231-4265
4832553        +ERC,    P.O. Box 57547,    Jacksonville, FL 32241-7547
4832555         James C. Warmbrodt, Esq.,     Weltman, Weinberg & Reis Co., LPA,    436 7th Avenue,    Suite 2500,
                 Pittsburgh, PA 15219-1842
4832559        +Specialized Loan Servicing LLC,    8742 Lucent Boulevard,    Suite 300,
                 Highlands Ranch, CO 80129-2386
4832560        +Vacation Charters LTD,    P.O. Box 647,    Lake Harmony, PA 18624-0647
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/PDF: rmscedi@recoverycorp.com Nov 14 2016 19:10:40
                 Recovery Management Systems Corporation,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL   33131-1605
4832549         E-mail/Text: mrdiscen@discover.com Nov 14 2016 19:10:58     Discover Financial Services,
                 P.O. Box 15316,    Wilmington, DE 19850
4834327         E-mail/Text: mrdiscen@discover.com Nov 14 2016 19:10:58     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH   43054-3025
4832552        +E-mail/Text: bankruptcy.bnc@ditech.com Nov 14 2016 19:11:07     Ditech Financial LLC,
                 P.O. Box 6172,    Rapid City, SD 57709-6172
4832554         E-mail/Text: cio.bncmail@irs.gov Nov 14 2016 19:11:05     Internal Revenue Service,
                 PO Box 21126,    Philadelphia, PA   19114
4832556        +E-mail/Text: bnckohlsnotices@becket-lee.com Nov 14 2016 19:11:00     Kohls/Capone,
                 PO Box 3115,    Milwaukee, WI 53201-3115
4832557         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 14 2016 19:11:12
                 Pennsylvania Department of Revenue,    Dept. 280946,    ATTN:  Bankruptcy Division,
                 Harrisburg, PA   17128-0946
4832558        +E-mail/Text: bkdepartment@rtresolutions.com Nov 14 2016 19:11:24     Real Time Resolutions,
                 1349 Empire Central Drive,    Dallas, TX 75247-4029
4834261         E-mail/PDF: rmscedi@recoverycorp.com Nov 14 2016 19:10:31
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL   33131-1605
4837279        +E-mail/Text: bklaw2@centurylink.com Nov 14 2016 19:11:21
                 The United Telephone Company of Pennsylvania, LLC,    CenturyLink,    359 Bert Kouns,
                 Shreveport, LA 71106-8124
                                                                                              TOTAL: 10

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2016                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2016 at the address(es) listed below:

        Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
        Joshua I Goldman   on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
        Mary F Kennedy   on behalf of Creditor   Ditech Financial LLC FKA Green Tree Servicing LLC mary@javardianlaw.com, tami@javardianlaw.com
        Tracy Lynn Updike   on behalf of Debtor Albert R. Wilson, Jr. tupdike@ssbc-law.com, ssollenberger@ssbc-law.com
        United States Trustee   ustpregion03.ha.ecf@usdoj.gov

        TOTAL: 5

ntcnfhrg (04/13)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Albert R. Wilson Jr.<br>dba Wilson Specialty Contractors, dba Wilson Plowing, fka George Wilson<br>Debtor(s) | Chapter 13<br>Case No. 1:16−bk−03766−MDF |

# Notice

The hearing on confirmation of the Plan of reorganization of Debtor is scheduled for the date indicated below.

**December 14, 2016** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Ronald Reagan Federal Building,<br>Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets,<br>Harrisburg, PA 17101 | Date: January 25, 2017<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>PO Box 908<br>Harrisburg, PA 17108<br>(717) 901−2800 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller<br>By: AGarner |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: November 14, 2016 |