# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Albert R. Wilson, Jr.<br>   Debtor(s) | BKY. NO. 16-03766 MDF<br><br>CHAPTER 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

 Kindly enter my appearance on behalf of Ditech Financial LLC, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 2631

              Respectfully submitted,

              **/s/ Thomas Puleo**
              Thomas Puleo, Esquire
              James C. Warmbrodt, Esquire
              KML Law Group, P.C.
              701 Market Street, Suite 5000
              Philadelphia, PA 19106-1532
              (215) 825-6306  FAX (215) 825-6406
              Attorney for Movant/Applicant