**FILED
Harrisburg, PA**

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA**

JUN -3 2020

IN RE: MELISSA WILSON

       ALBERT WILSON

Clerk,
US Bankruptcy Court

)  Case No. 16-03766
)  Chapter 13
)
)
)
)
**Debtor(s)**  )

## NOTICE OF CHANGE OF ADDRESS OF CREDITOR

**Address to be changed:**
(both may be selected, if applicable)

☒ Notice Address
☒ Payment Address

OLD ADDRESS:   ONEMAIN FINANCIAL
(Name)
PO BOX 70912
(Street Address or P.O. Box)
CHARLOTTE, NC 28272
(City, State, Zip Code)

NEW ADDRESS:   ONEMAIN FINANCIAL
(Name)
PO BOX 3251
(Street Address or P.O. Box)
EVANSVILLE, IN 47731
(City, State, Zip Code)

*NOTE: This form may not be used in lieu of filing a Notice of Transferred Claim per Bankruptcy Rule 3001(e).

/S/ Angela A Bowers
**Signature of Creditor or Creditor's Attorney**
OneMain, f/k/a Springleaf Financial Services
PO BOX 3251
Evansville, IN 47731
800-266-9800
**Name/OBA#/Address/Telephone #/Email**