B2830 (Form 2830) (04/19)

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13

ALBERT R. WILSON, JR. f/k/a GEORGE : CASE NO: 1-16-bk-03766-HWV
WILSON d/b/a WILSON PLOWING
d/b/a WILSON SPECIALITY CONTRACTORS :

    Debtor :

## CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING
## DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part I. Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

☐    I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

☒    I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II.*    *If you checked the second box, you must provide the information below.*

My current address: **656 BURNT HOUSE RD CARLISLE PA 17015**

My current employer and my employer's address: **SELF EMPLOYED WILSON SPECIALTY CONTRACTORS 656 BURNT HOUSE RD. CARLISLE PA 17015**

*Part III.*    *Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

☒    I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (l) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $170,350* in value in the aggregate.

☐    I have claimed an exemption in property pursuant to §522(b)(3) and state or local law (l) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $170,350* in value in the aggregate.

B2830 (Form 2830)(page 2)

*Amounts are subject to adjustment on 4/01/22, and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

*Part IV.*  *Debtor's Signature*

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on  6/16/20                              _____
             Date                                   Albert R. Wilson, Jr.