```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 16-03766-HWV
Albert R. Wilson, Jr.                                               Chapter 13
         Debtor                   CERTIFICATE OF NOTICE
District/off: 0314-1           User: AutoDocke              Page 1 of 2          Date Rcvd: Jun 17, 2020
                               Form ID: 3180W               Total Noticed: 25
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 19, 2020.
```
db           +Albert R. Wilson, Jr.,    656 Burnthouse Road,    Carlisle, PA 17015-9123
4832544       Commercial Acceptance Co.,    2300 Gettysburg Road #102,    Camp Hill, PA  17011-7303
4832546      +Commonwealth of Pennsylvania,    Bureau of Labor and Industry,
               Office of Unemp Comp Tax Services OUCTS,    PO Box 60848,    Harrisburg, PA 17106-0848
4832545       Commonwealth of Pennsylvania,    Office of Attorney General,    Collections Unit,
               14th Floor, Strawberry Square,    Harrisburg, PA 14120
4832547      +Cumberland Co. Adult Probation,    1 Courthouse Square,    Carlisle, PA 17013-3323
4832548      +Cumberland County Domestic Relations,    13 North Hanover Street,    Carlisle, PA 17013-3014
4832550      +Ditech Financial LLC,    c/o Gregory Javardian, Esquire,    Law Office of Gregory Javardian, LLC,
               1310 Indutrial Blvd., 1st Fl., Suite 101,    Southampton, PA 18966-4030
4832551       Ditech Financial LLC,    P.O. Box 44265,    Jacksonville, FL 32231-4265
4872752       Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
               Rapid City, South Dakota 57709-6154
4832555       James C. Warmbrodt, Esq.,    Weltman, Weinberg & Reis Co., LPA,    436 7th Avenue,    Suite 2500,
               Pittsburgh, PA  15219-1842
4832559      +Specialized Loan Servicing LLC,    8742 Lucent Boulevard,    Suite 300,
               Highlands Ranch, CO 80129-2386
4872303      +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
4832560      +Vacation Charters LTD,    P.O. Box 647,    Lake Harmony, PA 18624-0647
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            EDI: RECOVERYCORP.COM Jun 17 2020 23:28:00      Recovery Management Systems Corporation,
               25 SE 2nd Avenue, Suite 1120,    Miami, FL  33131-1605
4869056       EDI: BL-BECKET.COM Jun 17 2020 23:28:00      Capital One, N.A.,    c/o Becket and Lee LLP,
               PO Box 3001,    Malvern PA 19355-0701
4832549       EDI: DISCOVER.COM Jun 17 2020 23:28:00      Discover Financial Services,    P.O. Box 15316,
               Wilmington, DE 19850
4834327       EDI: DISCOVER.COM Jun 17 2020 23:28:00      Discover Bank,    Discover Products Inc,
               PO Box 3025,    New Albany, OH  43054-3025
4832553      +E-mail/Text: bknotice@ercbpo.com Jun 17 2020 19:26:45      ERC,    P.O. Box 57547,
               Jacksonville, FL 32241-7547
4832554       EDI: IRS.COM Jun 17 2020 23:28:00      Internal Revenue Service,    PO Box 21126,
               Philadelphia, PA  19114
4832556      +E-mail/Text: bncnotices@becket-lee.com Jun 17 2020 19:26:29      Kohls/Capone,    PO Box 3115,
               Milwaukee, WI 53201-3115
5332778      +EDI: AGFINANCE.COM Jun 17 2020 23:28:00      OneMain Financial,    PO Box 3251,
               Evansville, IN 47731-3251
4832557       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 17 2020 19:26:40
               Pennsylvania Department of Revenue,    Dept. 280946,    ATTN: Bankruptcy Division,
               Harrisburg, PA  17128-0946
4832558      +E-mail/Text: bkdepartment@rtresolutions.com Jun 17 2020 19:26:47      Real Time Resolutions,
               1349 Empire Central Drive,    Dallas, TX 75247-4029
4834261       EDI: RECOVERYCORP.COM Jun 17 2020 23:28:00      Recovery Management Systems Corporation,
               25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
4837279      +E-mail/Text: bmg.bankruptcy@centurylink.com Jun 17 2020 19:26:47
               The United Telephone Company of Pennsylvania, LLC,    CenturyLink,    359 Bert Kouns,
               Shreveport, LA 71106-8124
                                                                                               TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +OneMain Financial,    PO Box 3251,    Evansville, IN 47731-3251
4913840*      Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
               Rapid City, South Dakota 57709-6154
4832552      ##+Ditech Financial LLC,    P.O. Box 6172,    Rapid City, SD 57709-6172
                                                                                TOTALS: 0, * 2, ## 1
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2020 at the address(es) listed below:

```
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          Joshua I Goldman    on behalf of Creditor    Ditech Financial LLC josh.goldman@padgettlawgroup.com,
           bkgroup@kmllawgroup.com
          Mary F Kennedy    on behalf of Creditor    Ditech Financial LLC FKA Green Tree Servicing LLC
           mary@javardianlaw.com,   angie.harrigan@javardianlaw.com
          Thomas I Puleo    on behalf of Creditor    Ditech Financial LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Tracy Lynn Updike    on behalf of Debtor 1 Albert R. Wilson, Jr. tlupdike@mette.com,
           cgfraker@mette.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                       TOTAL: 6
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Albert R. Wilson Jr.<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8559<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court   Middle District of Pennsylvania | | |
| Case number:   1:16–bk–03766–HWV | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Albert R. Wilson Jr.
dba Wilson Specialty Contractors, dba Wilson Plowing, fka George Wilson

6/17/20

**By the court:** *Henry W. Van Eck*

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: ToniaWilson, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**