```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                             Case No. 16-03766-HWV
Albert R. Wilson, Jr.                                              Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 1     Date Rcvd: Aug 19, 2020
                        Form ID: fnldec      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2020.
db           +Albert R. Wilson, Jr.,    656 Burnthouse Road,    Carlisle, PA 17015-9123

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2020                                Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2020 at the address(es) listed below:
           Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
           Joshua I Goldman    on behalf of Creditor    Ditech Financial LLC josh.goldman@padgettlawgroup.com,
            kevin.shatley@padgettlawgroup.com
           Mary F Kennedy    on behalf of Creditor    Ditech Financial LLC FKA Green Tree Servicing LLC
            mary@javardianlaw.com,    angie.harrigan@javardianlaw.com
           Thomas I Puleo    on behalf of Creditor    Ditech Financial LLC tpuleo@kmllawgroup.com,
            bkgroup@kmllawgroup.com
           Tracy Lynn Updike    on behalf of Debtor 1 Albert R. Wilson, Jr. tlupdike@mette.com,
            cgfraker@mette.com;ddwhistler@mette.com
           United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                TOTAL: 6

## UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Albert R. Wilson Jr.,<br>dba Wilson Specialty Contractors, dba Wilson Plowing,<br>fka George Wilson, | Chapter 13 |
| **Debtor 1** | Case No. 1:16−bk−03766−HWV |

Social Security No.:
xxx−xx−8559

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: August 19, 2020

By the Court,

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: ToniaWilson, Deputy Clerk

**fnldec** (05/18)